

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN JEFFERY DAVIS,<br>      Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. CV08-1633-A |
| VERSUS | |
| FEDERAL BUREAU OF<br>PRISONS, et al.,<br>      Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the USA's motion for summary judgment (Doc. 21) is GRANTED, Davis' motion for summary judgment (Doc. 18) is DENIED, and Davis' action is DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana, on this 22ND day of December, 2009.

                                              DEE D. DRELL<br>
                                UNITED STATES DISTRICT JUDGE